IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY L. ROBINSON, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 23-237-CFC |
| AGENT LISA YOUNG, et al., | : | |
| Defendants. | : | |

### MEMORANDUM ORDER

At Wilmington on this 29th day of November in 2023;

1. On June 28, 2023, Defendants filed a motion to dismiss. (D.I. 10) Plaintiff failed to timely respond.

2. On October 17, 2023, the Court ordered Plaintiff to file a response to the motion to dismiss on or before November 17, 2023, and advised Plaintiff that his failure to file a response to the motion could result in dismissal of the case for failure to prosecute. (D.I. 13)

3. To date, Plaintiff has responded neither to the motion to dismiss, nor the Courts' October 17, 2023 Order directing him to file a response to the motion to dismiss.

Now therefore, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case.

2. Defendants' motion to dismiss (D.I. 10) is **DENIED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

_____
Chief Judge